**No. 09-8942. Anthony Pompey, Petitioner v. New York.**

559 U.S. 1051, 130 S. Ct. 2347, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 3060.

April 5, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 63 App. Div. 3d 612, 882 N.Y.S.2d 66.